```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  LAUREL J. MONTOYA
    Assistant U.S. Attorney
 3  2500 Tulare Street, Suite 4401
    Fresno, California 93721
 4  Telephone: (559) 497-4000
    Facsimile: (559) 497-4099
 5
    Attorneys for the
 6  United States of America
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 5:12MJ009 |
|---|---|
| Plaintiff, | ) MOTION AND ORDER TO DISMISS<br>) COMPLAINT |
| v. | ) |
| CARLOS CASAS-LUGO, | ) |
| Defendant. | ) |

Pursuant to Federal Rule of Criminal Procedure 48(a), Plaintiff United States of America, by and through its attorneys of record, BENJAMIN B. WAGNER, United States Attorney, and LAUREL J. MONTOYA, Assistant United States Attorney, hereby seek leave of court and move to dismiss the complaint in this case without prejudice, as to the above-named defendant, in the interest of justice and that the arrest warrant be recalled.

DATED: July 19, 2012

Respectfully submitted,
BENJAMIN B. WAGNER
United States Attorney

By: /s/ Laurel J. Montoya
LAUREL J. MONTOYA
Assistant U.S. Attorney

1

## ORDER

**IT IS HEREBY ORDERED** that the complaint in this case be dismissed without prejudice in the interest of justice and that the arrest warrant be recalled.

IT IS SO ORDERED.

**Dated:  July 19, 2012**          **/s/ Dennis L. Beck**
                                   UNITED STATES MAGISTRATE JUDGE